Order issued November *30*, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00894-CV

## BEECHWOOD SERVICING, LLC, Appellant

## V.

## MIKE OWEN, ET AL., Appellees

## ORDER

We **GRANT** appellant's November 21, 2012 second motion for an extension of time to file a brief. Appellant shall file its brief on or before December 21, 2012. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

ELIZABETH LANG-MIERS
JUSTICE